# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139757(20)

HAROLD J. HOPSON,
      Plaintiff-Appellant,

v

SELECT AUTO PARTS, INC., and STATE
FARM FIRE AND CASUALTY COMPANY,
      Defendants-Appellees.

SC: 139757
COA: 292482
WCAC: 08-000236

_____/

     On order of the Court, the motion for reconsideration of this Court's December 21, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

d0322